IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and WESTERN WATERSHEDS PROJECT<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No.  1:15-CV-539-BLW<br><br>CASE MANAGEMENT ORDER |

Finding good cause therefore, and pursuant to agreement of the parties,

NOW THEREFORE IT IS HEREBY ORDERED, that the following shall govern the litigation of this case:

1. This case is a civil action for declaratory and injunctive relief against the U.S. Bureau of Land Management ("BLM") arising under the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA"), or alternatively, the Administrative Procedure Act, 5 U.S.C. §§ 701-06 ("APA").

2. This case will be resolved following BLM's release of records that are responsive to the Plaintiffs' FOIA Request, through briefing on the merits (summary judgment), and without a trial.

3. This case is not suitable for an alternative dispute resolution program such as arbitration, mediation, or judicial settlement conference at this time.

4. The Parties have agreed to the following briefing schedule:

- BLM will provide the Plaintiffs' with a final determination on their FOIA Request on or before **January 31, 2016**. Plaintiffs will have until **February 26, 2016**, to identify any concerns with BLM's FOIA response and confer with BLM.

- Should issues remain unresolved following the Parties' conferral, Plaintiffs shall file a motion for summary judgment and supporting memorandum by **March 28, 2016**. BLM's response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment and supporting memorandum shall be filed by **April 18, 2016**. Plaintiffs' joint response and reply to BLM's cross-motion for summary judgment shall be filed by **May 2, 2016**. BLM's reply in support of its cross-motion for summary judgment shall be filed **May 16, 2016**.

DATED: February 4, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court